KATE B. HOWLAND, Respondent, *v.* LAURA S. TAYLOR, Appellant.

*Attorney — protection of, by court, upon application of client to change.*

When application is made by a client for leave to change his attorney, no professional misconduct on his part being alleged, and it appearing to the court, that the attorney has advanced large sums of money in the progress of the case, relying for compensation upon the interest of the client in the subject-matter of the action, the court will require the client to pay the amount due, or, in case he is unable to do so, to execute to the attorney a present assignment of so much of his interest in the subject-matter of the action, as may be necessary to insure the payment thereof.

APPEAL from an order made at the Special Term, directing the substitution of Messrs. Wingate & Cullen as attorneys for one of the defendants herein, in the place of Rufus F. Andrews.

*Rufus F. Andrews*, appellant, in person. *Wingate & Cullen*, for respondent.

Opinion by BRADY, J. DAVIS, P. J., and DANIELS, J., concurred.

Order modified, and as modified affirmed.